# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ERIC ANTHONY GREISDORF,

      **Plaintiff,**

v.
                                    **Case No:  6:15-cv-775-Orl-28KRS**

GOVERNOR, STATE OF FLORIDA,
PATRICIA (PK) JAMESON,
HONORABLE TIM SMITH,
HONORABLE LISA TAYLOR MUNYON,
GEORGE W. COLEMAN, HONORABLE
TERRANCE R. PERKINS, DIANNE
MATOUSEK, HONORABLE BERTILA
SOTO and HARVEY RUVIN,

      **Defendants.**

---

## ORDER

This case is before the Court on Plaintiff's Second Motion to Proceed Without Prepayment of Costs, (Doc. 13).  The assigned United States Magistrate Judge has submitted a Report (Doc. 19) recommending that the motion, which was construed as a motion to proceed *in forma pauperis*, be denied.  The Report specifically concludes that (1) Plaintiff's federal claims are frivolous and should be dismissed, (2) the Court should decline to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, and (3) Plaintiff should not be granted leave to file a third amended complaint.  In response to the Report, Plaintiff filed an objection, (Doc. 20), which states—as its only argument that was unaddressed in the Report—that Plaintiff has not consented to a "General Magistrate." (Doc. 20 at 2).

After review of the record, including Plaintiff's Objection, the Court agrees with the findings and conclusions in the Report and Recommendation. "A district judge is free to refer a motion for pauper status to a magistrate [judge] and if the decision is to grant such a motion, the magistrate [judge] may enter such an order." <u>Woods v. Dahlberg</u>, 894 F.2d 187, 188 (6th Cir. 1990); <u>see</u> 28 U.S.C. § 636(b). "If the decision is to deny, however, the magistrate [judge] must make such a recommendation to the district judge who will then take final action." <u>Woods</u>, 894 F.2d at 188. Because the assigned magistrate judge submitted a recommendation for approval by this Court in compliance with the Congressional directive, <u>see</u> 28 U.S.C. § 636(b), Plaintiff's objection regarding lack of consent to the magistrate judge is overruled. Plaintiff's objections regarding the substantive recommendations in the Report are also overruled. Therefore, it is **ORDERED** as follows:

1.   The Report and Recommendation (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.   The Second Motion to Proceed Without Prepayment of Costs (Doc. 13) is **DENIED**.

3.   The federal claims in Plaintiff's Second Amended Class Action Complaint (Doc. 11) of (1) invasion of Plaintiff's right to privacy; (2) violations of Plaintiff's rights to due process, a fair trial, and access to the courts; and (3) taxation without representation are **DISMISSED WITH PREJUDICE**.

4.   Pursuant to 28 U.S.C. § 1367(c), Plaintiff's state law claims are hereby **DISMISSED WITHOUT PREJUDICE** to Plaintiff pursuing them in state court. As set forth

in 28 U.S.C. § 1367(d), the period of limitations is tolled for a period of thirty days after this dismissal unless Florida law provides for a longer tolling period.

     5.     Plaintiff's request for leave to amend is **DENIED**.

     6.     The Clerk is **DIRECTED** to close the case and terminate all other pending motions.

     **DONE** and **ORDERED** in Orlando, Florida, on December 17, 2015.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties